[Cite as *State ex rel. Burkons v. Stupica*, 2021-Ohio-901.]

# IN THE COURT OF APPEALS

# ELEVENTH APPELLATE DISTRICT

# GEAUGA COUNTY, OHIO

| | | |
|---|---|---|
| STATE OF OHIO ex rel. MIKE BURKONS, | : | **PER CURIAM OPINION** |
| | : | |
| Relator, | : | **CASE NO. 2020-G-0274** |
| | : | |
| - vs - | : | |
| | : | |
| HON. TERRI STUPICA, | : | |
| | : | |
| Respondent. | : | |
| | : | |

Original Action for Writ of Prohibition.

Judgment: Writ granted.

*Robert B. Botnick*, The Botnick Law Firm, LLC, 20600 Chagrin Boulevard, Suite 495, Shaker Heights, OH 44122, *Peter Pattakos* and *Rachel Hazelet*, The Pattakos Law Firm LLC, 101 Ghent Road, Fairlawn, OH 44333 (For Relator).

*Alejandro V. Cortes*, Walter Haverfield LLP, 1301 East Ninth Street, Suite 3500, Cleveland, OH 44114, and *Benjamin G. Chojnacki*, City of Chardon Law Director, 1301 East Ninth Street, Suite 3500, Cleveland, OH 44114 (For Respondent).

PER CURIAM

{¶1}    Pending before this court is relator, Mike Burkons', Verified Complaint for Writ of Prohibition.  Respondent, the Honorable Terri Stupica filed a Motion to Dismiss Relator's Verified Complaint which this court denied on February 11, 2021.

{¶2}    On March 5, 2021, respondent advised this court that "she does not object to the issuance of the writ requested by Relator Mike Burkons in this proceeding" and

that "she does not intend to answer the Verified Complaint, and believes there are no evidentiary disputes that would prohibit this Court from proceeding to a final resolution based on the record before it."

{¶3} According to the Verified Complaint, relator seeks "a writ of prohibition barring Judge Stupica and the Chardon Municipal Court from continuing to adjudicate the proceedings against him in Chardon Municipal Court Case No. 2020-CRB-00858."

{¶4} Upon due consideration and for the reasons set forth in this court's Judgment Entry of February 11, 2021, relator has demonstrated that he is entitled to the requested extraordinary relief in prohibition. We therefore grant a writ of prohibition to prevent respondent from continuing to further adjudicate the proceedings against relator in Chardon Municipal Court Case No. 2020-CRB-00858.

{¶5} Writ granted.


MARY JANE TRAPP, P.J., CYNTHIA WESTCOTT RICE, J., MATT LYNCH, J., concur.